ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED
05/15/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0734

Case No. DA 19-0734

WILLIAM SCOTT ROGERS, et al.,

Plaintiffs/Appellants,

-vs-

LEWIS AND CLARK COUNTY, et al.,

Defendants/Appellees.

FILED

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

_____

A motion was filed seeking leave for the following Amici to file a joint *Amicus Curiae* brief in this proceeding: Montana County Attorney's Asso., and the Montana Sheriff's and Peace Officer's Asso. Good cause appearing therefrom,

IT IS HEREBY ORDERED:

1.  The Montana County Attorney's Asso. and the Montana Sheriff's and Peace Officer's Asso. may file a joint *Amicus Curiae* brief.

2.  The *Amicus Curiae* brief is due on May 29, 2020.

DATED this 15 day of May, 2020.

CHIEF JUSTICE

cc:   Keif Storrar
      Greg Beebe
      Mitchell Young
      Marty Lambert